UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES P. DHANE<br>(# 14033302), | § § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:15-cv-154-B |
| PARKLAND HEALTH & HOSPITAL<br>SYSTEM, ET AL., | § § § | |
| Defendants. | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a

recommendation in this case. No objections were filed. The District Court reviewed the

proposed findings, conclusions, and recommendation for plain error. Finding none, the

Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge.

SO ORDERED this 13th day of March, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE